IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARINA LIVSHITZ, MIKHAIL LIVSHITZ : | CIVIL ACTION |
| v. : | NO.  22-3355 |
| DESIGNER BRANDS, INC., DSW, INC. : | |

# ORDER

**AND NOW**, this 14th day of November 2023, upon considering defendants' motions for summary judgment (DI 27, 28), plaintiffs' opposition (DI 30), defendants' reply (DI 31), plaintiffs' supplemental memorandum (DI 32), defendants' reply (DI 33), following oral argument held with all parties on November 1, 2023, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' motions for summary judgment (DI 27, 28) are **GRANTED**; and,

2. No later than **November 28, 2023**, the parties shall either stipulate to final judgment in light of this order, or otherwise present to the court an approach to bringing the case to a conclusion.

_____
**MURPHY, J.**